DWIGHT C. HOLTON, OSB #090540
United States Attorney
District of Oregon
ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1003
Fax: (503) 727-1117
adrian.brown@usdoj.gov

LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

FILED 10 DEC 15 12:49USDC-ORP

    Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TOBY SAND,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:10-CV-06006-KI<br><br><br>ORDER OF REMAND AND<br>JUDGMENT |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall remand this case to

Page 1    ORDER OF REMAND AND JUDGMENT - [3:10-CV-06006-KI]

an Administrative Law Judge (ALJ) to hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) evaluate the lay witness statements of record of Gary Cornelius, Denise Kelly, and Sheila Lisic; (2) reevaluate Plaintiff's mental impairments and perform a new listings analysis; and (3) complete the sequential evaluation process.

Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and attorney fees under 28 U.S.C. § 2412(d).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 15 day of Dec 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3858
Of Attorneys for Defendant